## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAVEL BLUE LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1710-GMS |
| | ) |
| SOURCING NETWORK INTERNATIONAL LLC, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Travel Blue Ltd. ("Travel Blue") and defendant Sourcing Network International LLC ("SNI"), through their undersigned counsel, hereby stipulate that all claims in the above-captioned action are dismissed with prejudice, with each party to bear its attorneys' fees, costs, and expenses.

| | |
|---|---|
| */s/ Christine D. Haynes* | */s/ David E. Moore* |
| Frederick L. Cottrell, III (#2555) | David E. Moore (#3983) |
| Christine D. Haynes (#4697) | Bindu A. Palapura (#5370) |
| Richards Layton & Finger, P.A. | Stephanie E. O'Byrne (#4446) |
| 920 N. King Street | Hercules Plaza, 6th Floor |
| Wilmington, Delaware, 19801 | 1313 N. Market Street |
| (302) 651-7700 | Wilmington, Delaware 19801 |
| cottrell@rlf.com | (302) 984-6000 |
| haynes@rlf.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Evan M. Rothstein | sobyrne@potteranderson.com |
| Patrick Hall | |
| Arnold & Porter Kaye Scholer LLP | Dennis P. Waggoner |
| Suite 4400 370 Seventeenth Street | David L. Luikart III |
| Denver, CO  80202-1370 | Tori C. Simmons |
| 303-863-2308 | HILL, WARD & HENDERSON, P.A |
| evan.rothstein@arnoldporter.com | Post Office Box 2231 |
| patrick.hall@arnoldporter.com | Tampa, Florida 33601-2231 |
| | 813-221-3900 |
| *Attorneys for Plaintiff Travel Blue Ltd.* | dennis.waggoner@hwhlaw.com |
| | dave.luikart@hwhlaw.com |
| | tori.simmons@hwhlaw.com |
| | |
| | *Attorneys for Defendant Sourcing Network International, LLC* |

RLF1 19919975v.1

SO ORDERED this \_\_\_\_ day of _____, 2018.

_____
U.S.D.J.